IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN L. KAUFMAN,

      Appellant,

  v.

      Case No.  5D21-2961
      LT Case No. 2016-CF-1607

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 2, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Steven Kaufman, Crawfordville,
pro se.

Ashley Moody, Attorney General,
Tallahassee,   and   Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

      AFFIRMED.



LAMBERT, C.J., WALLIS and WOZNIAK, JJ., concur.